26 So.3d 635 (2010)
Reginald EPKINS, Petitioner,
v.
Edwin Curtis McMULLEN, Jr., Bryan Curtis McMullen, Linda McMullen, Timothy McCormick, Kelly McCormick, and Brenda D. Walker, Respondents.
No. 1D09-5797.
District Court of Appeal of Florida, First District.
January 5, 2010.
Reginald Epkins, pro se, Petitioner.
No appearance for Respondents.
PER CURIAM.
DENIED. See Smartt v. First Union Nat'l Bank, 771 So.2d 1232 (Fla. 5th DCA 2000).
HAWKES, C.J., WOLF and DAVIS, JJ., concur.